**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RANDALL DUANE THRONEBERRY,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v.  ) | No. CIV-22-145-R |
| ) | |
| **SCOTT NUNN, Warden,** ) | |
| ) | |
| **Respondent.** ) | |

## ORDER

This matter is before the Court pursuant to the Report and Recommendation entered by Magistrate Judge Amanda Maxfield Green on March 11, 2022. Doc. No. 10. Judge Green recommended that Petitioner's motion for leave to proceed *in forma pauperis* be denied and Petitioner ordered to pay the full filing fee of $5.00 before the case could proceed. On March 24, 2022, the Court received Petitioner's filing fee. Therefore, the undersigned adopts the Report and Recommendation, denies the Motion for Leave to Proceed *In Forma Pauperis* and re-refers this matter to Magistrate Judge Green for further proceedings consistent with the original referral entered herein.

IT IS SO ORDERED this 25th day of March 2022.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE